# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Stefania Alexandria Polokowski			BK. No. 5:18-04049 RNO
aka Stefania A. Polokowski
aka Stefania Polokowski			Chapter No. 13
        Debtors
                    :

**HOME POINT FINANCIAL CORPORATION**   :
        Movant                    :
        v.                    :     11 U.S.C. §362 and §1301
Stefania Alexandria Polokowski
aka Stefania A. Polokowski
aka Stefania Polokowski
Patricia Ann Morrison (Non-Filing Co-Debtor)
        Respondents

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY WITH RESPECT TO 2 W 11TH ST, BLOOMSBURG, PA 17815.**

Upon consideration of Motion of **HOME POINT FINANCIAL CORPORATION** (Movant), after Notice and opportunity for a hearing, it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 2 W 11TH ST, BLOOMSBURG, PA 17815 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any Co-Debtor Stay (if applicable) is hereby granted; and it is further;

Dated: November 25, 2019        By the Court,

                                            _____
                                            Robert N. Opel, II, Chief Bankruptcy Judge (PAR)