# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: CourtneyW | Date Created: 11/25/2019 |
| Case: 5:18–bk–04049–RNO | Form ID: pdf010 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    Jason Paul Provinzano    MyLawyer@JPPLaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty    Robert Joseph Davidow    Phelan, Hallinan, Diamond & Jones, PC    1617 JFK Boulevard, Suite 1400    Philadelphia, PA 19103

TOTAL: 1