# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 2/6/2020 |
| Case: 5:18–bk–04049–RNO | Form ID: ordsmiss | Total: 23 |

**Recipients of Notice of Electronic Filing:**
```
ust     United States Trustee          ustpregion03.ha.ecf@usdoj.gov
tr      Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com
aty     Jason Paul Provinzano          MyLawyer@JPPLaw.com
aty     Thomas Song          pamb@fedphe.com
```
                                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          Stefania Alexandria Polokowski       2 W 11th St       Bloomsburg, PA 17815–3702
aty         Robert Joseph Davidow        Phelan, Hallinan, Diamond & Jones, PC       1617 JFK Boulevard, Suite
            1400        Philadelphia, PA 19103
5112377     Capital One        15000 Capital One Dr       Richmond, VA 23238–1119
5136472     Capital One Bank (USA), N.A.       PO Box 71083       Charlotte, NC 28272–1083
5138388     Citibank, N.A.        Citibank, N.A.        701 East 60th Street North        Sioux Falls, SD 57117
5112378     Credit One Bank NA        PO Box 98875       Las Vegas, NV 89193–8875
5112379     First Premier Bank        601 S Minnesota Ave       Sioux Falls, SD 57104–4824
5112380     Home Point Financial        PO Box 77423       Ewing, NJ 08628–7423
5125475     Home Point Financial Corporation        11511 Luna Road, Suite 300        Farmers Branch, TX 75234
5114182     Home Point Financial Corporation        c/o D. Anthony Sottile, Authorized Agent        394 Wards Corner Road,
            Suite 180        Loveland, OH 45140
5135624     LVNV Funding, LLC       Resurgent Capital Services       PO Box 10587        Greenville, SC 29603–0587
5112376     Law Offices of Jason P Provinzano LLC       16 W Northampton St       Wilkes Barre, PA 18701–1708
5112381     Patricia Ann Morrison        2 W 11th St       Bloomsburg, PA 17815–3702
5112382     Phelan Hallinan Diamond & Jones        1617 John F Kennedy Blvd Ste 1400        Philadelphia, PA
            19103–1814
5112375     Polokowski Stefania Alexandria        2 W 11th St       Bloomsburg, PA 17815–3702
5120447     Premier Bankcard, Llc       Jefferson Capital Systems LLC Assignee        Po Box 7999        Saint Cloud Mn
            56302–9617
5112383     Thd/Cbna        PO Box 6497       Sioux Falls, SD 57117–6497
5139459     UNITED STATES DEPARTMENT OF EDUCATION        CLAIMS FILING UNIT        PO BOX
            8973        MADISON WI 53708–8973
5112384     US Dept of Ed/Glelsi        2401 International Ln       Madison, WI 53704–3121
```
                                                                                TOTAL: 19